B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
For Western District of Tennessee

In re: JEFFREY A WEBB

Chapter: 13
Case No.: 09-27278-PJD
Assigned to the Honorable:

## NOTICE OF TRANSFER OF CLAIM FOR OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111 (a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), FRBP to the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| Capital One, N.A. | HSBC Bank Nevada, N.A. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to
Transferee should be sent:

Capital One, N.A
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712
Telephone: (520) 577-1544 (Servicer)

Court Claim # (if known):    16
Amount of Claim:    3927.42
Date Claim Filed:    10/21/2009
Amended Court Claim #:
Amended Date Claim Filed:

Name and Current Address of Transferor:

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712
Telephone: (520)577-1544

Last Four Digits of Account: # 0588

Name and Address where transferee payments
should be sent (if different from above):

Last Four Digits of Account #: 0588

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:___\s\ Cathleen Peek_____          Date: 05/15/2013
Cathleen Peek
Transferor/Transferee Agent
Bass & Associates, P.C.,
3936 E Ft Lowell Rd, Suite 200
Tucson, AZ 85712
(520) 577-1544
ecf@bass-associates.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U. S. C. §§ 152 & 3571.